

Monday, February 2, 2015

No. 15–0273/AR. U.S. v. Corey A. Soucek. CCA 20140142. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted and the decision is affirmed.*

No. 14–0804/MC. U.S. v. Vidal E. Sanchez III. CCA 201400053. On consideration of Appellee's motion to file a 10–day answer letter out of time, it is ordered that said motion is denied.

No. 15–0310/MC. U.S. v. Spencer J. Russo. CCA 201300324. Appellant's second motion to extend time to extend time to file the supplement to the petition for grant of review is granted up to and including February 23, 2015.

No. 15–0348/MC. U.S. v. Christopher A. Quick. CCA 201300341. Appellee/Cross–Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to February 19, 2015.

* It is ordered that the court-martial promulgating order be corrected to reflect that the sentence included confinement for eight months vice six months.